UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

VISUAL INTERACTIVE PHONE
CONCEPTS, INC., a Nevada
Corporation

          Plaintiff,

vs.

AT&T, INC., a Delaware Corporation,

          Defendant.

Case No: 11-cv-12303
Hon. Lawrence P. Zatkoff

---

MANTESE HONIGMAN ROSSMAN
and WILLIAMSON, P.C.
Attorneys for Plaintiff
Gerard V. Mantese (P34424)
gmantese@manteselaw.com
Ian M. Williamson (P65056)
iwilliamson@manteselaw.com
Brendan H. Frey (P70893)
bfrey@manteselaw.com
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 (telephone)
(248) 457-9201 (facsimile)

KOHN & ASSOCIATES, PLLC
Attorneys for Plaintiff
Kenneth I. Kohn (P35170)
k.kohn@kohnandassociates.com
Barbara Mandell (P36437)
b.mandell@kohnandassociates.com
30500 Northwestern Hwy, Suite 410
Farmington Hills, MI 48334
(248) 539-5050 (telephone)
(248) 539-5055 (facsimile)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action, without prejudice.

        Respectfully submitted,

        **MANTESE HONIGMAN ROSSMAN**
        **AND WILLIAMSON, P.C.**
        Attorneys for Plaintiff

        By: s/Ian Williamson
        Gerard V. Mantese (P34424)
        Ian Williamson (P65056)
        Brendan H. Frey (P70893)
        1361 E. Big Beaver Rd.
        Troy, Michigan 48083
        (248) 457-9200

Dated: July 19, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

        s/Jennifer Brennan
        jbrennan@manteselaw.com
        Mantese Honigman Rossman
        and Williamson, P.C.
        1361 E. Big Beaver Rd.
        Troy, MI 48083
        (248) 457-9200